COOLEY LLP
MATTHEW J. BRIGHAM
(CA Bar No. 191428)
(mbrigham@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

THOMAS J. FRIEL, JR.
(CA Bar No. 80065)
(tfriel@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

STEPHEN R. SMITH
(*pro hac vice* pending)
(stephen.smith@cooley.com)
11951 Freedom Drive
Reston, VA 20190
Telephone:   (703) 456-8000
Facsimile:   (703) 456-8100

Attorneys for Defendants
Nintendo Co, Ltd. and Nintendo of America Inc.

AGILITY IP LAW, LLP
JAMES C. OTTESON
(CA Bar No. 157781)
(jim@agilityiplaw.com)
MICHELLE G. BREIT
(CA Bar No. 133143)
(mbreit@agilityiplaw.com)
149 Commonwealth Drive
Menlo Park, CA 94025
Telephone:   (650) 227-4800
Facsimile:   (650) 318-3483

Attorneys for Plaintiffs Technology Properties Limited LLC and Phoenix Digital Solutions LLC

KIRBY NOONAN LANCE & HOGE LLP
CHARLES T. HOGE
(CA Bar No. 110696)
(choge@knlh.com)
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Telephone:   (619) 231-8666
Facsimile:   (619) 2319593

Attorney for Plaintiff Patriot Scientific Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>             Plaintiffs,<br><br>     v.<br><br>NINTENDO CO., LTD. and NINTENDO OF AMERICA INC.,<br><br>             Defendants. | Case No.  5:12-CV-03881-~~HRL~~ JSW<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND OR OTHERWISE MOVE WITH RESPECT TO THE COMPLAINT** |

Plaintiffs Technology Properties Limited LLC, Phoenix Digital Solutions LLC, and Patriot Scientific Corporation (collectively, "Plaintiffs") along with Defendants Nintendo Co., Ltd. ("NCL") and Nintendo of America Inc. ("NOA") (Defendants collectively referred to as "Nintendo"), by and through their undersigned counsel, hereby stipulate as follows:

1. Plaintiffs filed the Complaint in this action on July 24, 2012, alleging infringement of U.S. Patent Nos. 5,440,749 ("the '749 patent"), 5,530,890 ("the '890 patent"), and 5,809,336 ("the '336 patent"). The Court entered an Order with an initial case management schedule on July 24, 2012, setting an Initial Case Management Conference for October 9, 2012. (Docket No. 4.)

2. Also on July 24, 2012, Plaintiffs filed a Complaint with the United States International Trade Commission ("ITC") requesting that an investigation be initiated pursuant to section 337 of the Tariff Act of 1930, as amended. Plaintiffs' section 337 Complaint asserts infringement of the '336 patent by NCL, NOA, and other parties named as respondents in the Complaint. The ITC instituted an investigation based on Plaintiffs' Complaint, ITC Inv. No. 337-TA-853, *Certain Wireless Consumer Electronics Devices and Components Thereof* ("the '853 Investigation") on August 24, 2012. 77 Fed. Reg. 51572-73 (Aug. 24, 2012).

3. On September 17, 2012, Plaintiff's counsel contacted the undersigned counsel for Nintendo regarding whether counsel would accept service of the Complaint in this action on behalf of NCL. Because NCL is a Japanese company and Japan is a party to the Hague Service Convention, service would have to be made on NCL pursuant to the Hague Service Convention absent agreement of counsel. *See* U.S. Dep't of State, Japan Judicial Assistance, http://travel.state.gov/law/judicial/ judicial_678.html#service.

4. The parties subsequently agreed that the undersigned counsel for Nintendo will accept service of the Complaint on behalf of NCL, if NCL and NOA receive a 90-day extension of time to respond or otherwise move with respect to Plaintiffs' Complaint. The parties agreed that service would be deemed effective on Nintendo as of the date this Stipulation is approved by the Court.

5. The parties have also agreed that in the interests of judicial economy and efficiency, and in light of the federal statute providing for stays of district court actions that are parallel to section 337 investigations proceeding before the ITC, 28 U.S.C. § 1659, this action should be stayed in its entirety pending final resolution of the '853 Investigation. The parties intend to file a joint motion requesting that the Court enter an order staying this action (including Nintendo's obligation to respond to the Complaint) on these grounds.

6. The parties further agree that, if the Court grants the requested stay, Nintendo's deadline to respond to the Complaint will be ninety (90) days from the date the stay is lifted, following final resolution of the '853 Investigation.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST THAT THE COURT ORDER THAT:

(i) service of the Complaint shall be deemed effective on both Nintendo Co., Ltd. and Nintendo of America Inc. as of the date this Stipulation is approved by the Court; and

(ii) the deadline for Nintendo Co., Ltd. and Nintendo of America Inc. to respond or otherwise move with respect to the Complaint is set to ninety (90) days from the date of this Stipulation is approved by the Court, or ninety (90) days from the date the stay (if granted) is lifted, whichever is later.

| | | |
|---|---|---|
| 1 | Dated: September 20, 2012 | Respectfully submitted, |
| 2 | | |
| 3 | COOLEY LLP<br>Thomas J. Friel, Jr. (CA Bar No. 80065)<br>tfriel@cooley.com | AGILITY IP LAW, LLP<br>James C. Otteson, CA Bar No. 157781<br>jim@agilityiplaw.com |
| 4 | Matthew J. Brigham (CA Bar No. 191428)<br>mbrigham@cooly.com | Michelle G. Breitt, CA Bar No. 133143<br>mbreit@agilityiplaw.com |
| 5 | Stephen R. Smith (*pro hac vice* pending)<br>ssmith@cooley.com | 149 Commonwealth Drive |
| 6 | | Menlo Park, CA 94025<br>Telephone: (650) 227-4800 |
| 7 | | Facsimile: (650) 318-3483 |
| 8 | */s/ Thomas J. Friel, Jr.*<br>Thomas J. Friel, Jr. (80065) | */s/ Michelle G. Breit*<br>Michelle G. Breit (113143) |
| 9 | *Attorneys for Defendants* | |
| 10 | *Nintendo Co., Ltd. and Nintendo of America Inc.* | *Attorneys for Plaintiffs*<br>*Technology Properties Limited LLC and*<br>*Phoenix Digital Solutions LLC* |
| 11 | | |
| 12 | | KIRBY NOONAN LANCE & HOGE LLP<br>Charles T. Hoge, CA Bar No. 110696 |
| 13 | | choge@knlh.com<br>350 Tenth Avenue, Suite 1300 |
| 14 | | San Diego, CA 92101<br>Telephone: (619) 231-8666 |
| 15 | | */s/ Charles T. Hoge* |
| 16 | | Charles T. Hoge (110696) |
| 17 | | *Attorneys for Plaintiff*<br>*Patriot Scientific Corporation* |
| 18 | | |
| 19 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** | |
| 20 | | |
| 21 | Dated: October 3, 2012 | |
| 22 | | ~~Hon. Howard R. Lloyd~~<br>United States District Court Judge<br>JEFFREY S. WHITE |