IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS, LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>NINTENDO CO., LTD., and NINTENDO OF AMERICA, INC.,<br><br>    Defendant. | No. C 12-03881 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

On October 3, 2012, the Court issued an Order granting the parties' stipulation to stay this matter, and it required the parties to submit joint status reports every 120 days. The parties filed a status report on September 30, 2013 and, thus, their most recent status report is overdue. It is HEREBY ORDERED that the parties shall file a joint status report by April 18, 2014, and every 120 days thereafter. The parties are placed on notice that failure to file a timely status report in the future may result in an order to show cause as to why monetary sanctions should not be imposed.

**IT IS SO ORDERED.**

Dated: April 10, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE