IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC, PHOENIX DIGITAL SOLUTIONS, LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>   Plaintiffs,<br><br>   v.<br><br>NINTENDO CO., LTD, and NINTENDO OF AMERICA, INC.,<br><br>   Defendants. | No. C 12-03881 JSW<br><br>**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE** |

The Court has received the parties' joint status report, although Plaintiffs appear to have been incorrectly identified in the caption and in the signature pages as Defendants. The Court HEREBY LIFTS the stay in this matter. The parties shall appear for a case management conference on Friday, September 26, 2014 at 11:00 a.m. in Courtroom 5, 1301 Clay Street, Oakland, California. The parties' joint case management conference statement shall be due on September 19, 2014.

**IT IS SO ORDERED.**

Dated: August 19, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE