**United States District Court**  
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC, PHOENIX DIGITAL SOLUTIONS, LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NINTENDO CO., LTD, and NINTENDO OF AMERICA, INC.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 12-03881 JSW<br><br>**ORDER OF REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP AND CONTINUING CASE MANAGEMENT CONFERENCE** |

On September 19, 2014, the parties filed a joint case management statement, in which they stated that Plaintiffs are litigating the patents at issue in seven other actions in this District, and that Plaintiffs recently prevailed in a trial on one of the patents before Magistrate Judge Paul S. Grewal. (*See* Docket No. 34, Joint Case Management Statement at pp. 4-5.) The Court CONTINUES the case management conference set for September 26, 2014 to December 5, 2014, at 11:00 a.m. The parties may submit a revised joint case management statement on December 1, 2014, setting forth any dates that may need to be revised in light of this Order.

In the interim, pursuant to Civil Local Rule 3-12, and in light of proposed new Patent Local Rule 2-1, the Court HEREBY REFERS this matter to Judge Grewal to determine if it is related to *HTC Corporation, et al. v. Technology Properties, Ltd., et al.*, No. 08-CV-882-PSG. If Judge Grewal determines this matter is not related, the case should then be referred to the

//

Honorable Vince Chhabria to determine if it is related to *Technology Partners, Ltd., et al., v. Barnes & Noble, Inc.*, No. 12-CV-3863.

If Judge Chhabria determines this matter is not related, the case should then be referred to the Honorable Phyllis J. Hamilton to determine if it is related to *Technology Partners, Ltd., et al., v. Huawei Techologies Co., Ltd., et al.*, No. 12-CV-3865 and/or *Techology Partners, Ltd., et al., v. Novatel Wireless, Inc.*, No. 12-CV-3879.

If Judge Hamilton determines that the cases are not related, the case should then be referred to the Honorable Chief Magistrate Judge Elizabeth D. Laporte to determine if it is related to *Techology Partners, Inc. v. Garmin Ltd., et al.,* No. 12-CV-3870.

If Chief Judge Laporte determines this matter is not related, the case should then be referred to the Honorable Beth Labson Freeman to determine if it is related to *Technology Partners, Ltd., et al. v. ZTE Corporation, et al.*, No. 12-CV-3876.

If Judge Freeman determines this matter is not related, the case should then be referred to the Honorable Lucy H. Koh to determine if it is related to *Technology Partners, Ltd., et al., v. Samsun Electronics Co., Ltd., et al.*, No. 12-CV-3877.

Finally, if Judge Koh determines this matter is not related, the case should then be referred to the Honorable Susan Illston to determine if it is related to *Technology Partners, Ltd., et al., v. LG Electronics, Inc.*, No. 12-CV-3880.  *See* N.D. Civ. L.R. 3-12(f)(2).

**IT IS SO ORDERED.**

Dated: September 24, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE