**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC et al., ) ) ) Plaintiffs, ) ) v. ) ) NINTENDO CO., LTD et al., ) ) Defendants. ) ) | Case Nos. 4:12-cv-03881-JSW; 5:08-cv-882-PSG<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>**(Re: Docket No. 35)** |

In light of Judge White's order of referral for purposes of determining the relationship and continuing case management conference, the court sets this matter for a status conference on Friday, October 10, 2014, at 10:00 a.m.[1]

**IT IS SO ORDERED.**

Dated: September 29, 2014

<span style="text-align:right">*Paul S. Grewal*<br>PAUL S. GREWAL<br>United States Magistrate Judge</span>

---

[1] *See* Docket No. 35 at 1 ("The court HEREBY REFERS this matter to Judge Grewal to determine if it is related to *HTC Corporation, et al. v. Technology Properties, Ltd, et al.*").

1
Case Nos. 4:12-cv-00881-JSW; 5:08-cv-882-PSG
ORDER SETTING STATUS CONFERENCE