UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>BARNES & NOBLE, INC.,<br><br>Defendants. | Case No.  3:12-cv-03863-VC (PSG)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO MODIFY CASE SCHEDULE** |
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HUAWEI TECHNOLOGIES CO., LTD. and HUAWEI NORTH AMERICA,<br><br>Defendants. | Case No.  2:12-cv-03865-VC (PSG) |

| | | |
|---|---|---|
| 1 | TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION, | Case No.  3:12-cv-03870-VC (PSG) |
| 2 | | |
| 3 | | |
| 4 | Plaintiffs, | |
| 5 | vs. | |
| 6 | GARMIN LTD., GARMIN INTERNATIONAL, INC., AND GARMIN USA, INC., | |
| 7 | | |
| 8 | Defendants. | |
| 9 | TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION, | Case No. 3:12-cv-03876-VC (PSG) |
| 10 | | |
| 11 | | |
| 12 | Plaintiffs, | |
| 13 | vs. | |
| 14 | ZTE CORPORATION and ZTE (USA) INC., | |
| 15 | Defendants. | |
| 16 | | |
| 17 | TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION, | Case No.  3:12-cv-03877-VC (PSG) |
| 18 | | |
| 19 | | |
| 20 | Plaintiffs, | |
| 21 | vs. | |
| 22 | SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | |
| 23 | | |
| 24 | Defendants. | |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>    Plaintiffs,<br><br> *vs.*<br><br>NOVATEL WIRELESS, INC.,<br><br>    Defendant. | Case No.  3:12-cv-03879-VC (PSG) |
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>    Plaintiffs,<br><br> *vs.*<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,<br><br>    Defendants. | Case No. 3:12-cv-03880-VC (PSG) |
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>    Plaintiffs,<br><br> v.<br><br>NINTENDO CO., LTD. and NINTENDO OF AMERICA INC.,<br><br>    Defendants. | Case No.  3:12-cv-03881-VC (PSG) |

  Before the Court is Defendants Barnes & Noble, Inc., Huawei Technologies Co., Ltd., Huawei North America, Garmin Ltd., Garmin International, Inc., Garmin USA, Inc., ZTE Corporation, ZTE (USA) Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Novatel Wireless, Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., Nintendo Co., Ltd., and

Nintendo of America Inc.'s (collectively, "Defendants") Unopposed Motion to Modify the Case Schedule. For good cause shown, the Court **GRANTS** Defendants' Unopposed Motion, and amends the case schedule set forth in its November 20, 2014 Case Management Order (D.I. 40) as follows:

| Event | Original Due Date | New Due Date |
|---|---|---|
| Initial disclosures, discovery disclosures, and disclosures of asserted claims and infringement contentions and related documents | January 20, 2015 | N/A |
| Joinder of any additional parties or other amendments to the pleadings | January 20, 2015 | N/A |
| Invalidity contentions and related documents | March 3, 2015 | April 21, 2015 |
| Exchange of proposed terms for construction | March 17, 2015 | May 5, 2015 |
| Exchange of preliminary claim construction and prehearing statement | April 7, 2015 | May 26, 2015 |
| Joint claim construction and prehearing statement | May 5, 2015 | June 23, 2015 |
| Completion of claim construction discovery | June 2, 2015 | July 21, 2015 |
| Opening claim construction brief | June 16, 2015 | August 4, 2015 |
| Responsive claim construction brief | June 30, 2015 | August 18, 2015 |
| Reply claim construction brief | July 7, 2015 | August 25, 2015 |
| Fact discovery cut-off | July 22, 2015 | September 8, 2015 |
| Opening expert reports due | August 19, 2015 | October 6, 2015 |
| Rebuttal expert reports due | N/A | November 5, 2015 |
| Close of expert discovery | September 16, 2015 | December 3, 2015 |
| Last day to file summary judgment motions | September 30, 2015 | January 15, 2016 |

| Event | Original Due Date | New Due Date |
|---|---|---|
| Technology tutorial | November 4, 2015 at 10:00 a.m. | February 19, 2016 at 10:00 a.m. |
| Claim construction and summary judgment hearing | November 12, 2015 at 10:00 a.m. | February 26, 2016 at 10:00 a.m. |

**IT IS SO ORDERED.**

DATED: February 11, 2015

_____
The Honorable Paul S. Grewal
United States Magistrate Judge